# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JEREMY BYLES                                                                PLAINTIFF

v.                         NO. 4:14CV00086 JLH

CATERPILLAR INC.                                            DEFENDANT

## **ORDER**

Plaintiff's motion to dismiss separate defendant Rodney McDougalle is GRANTED. Document #16. Plaintiff's claims against separate defendant Rodney McDougalle are hereby dismissed without prejudice.

IT IS SO ORDERED this 2nd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE